EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) | CIVIL NO. 76-00512 |
|---|---|---|
|  | ) | (Chapter 11) |
|  | ) |  |
| THE HAWAII CORPORATION, | ) |  |
|  | ) | Hearing: January 31, 2008 |
| Debtor. | ) | Time:    10:30 a.m. |
|  | ) |  |
| _____ | ) |  |

UNITED STATES OF AMERICA'S OBJECTION REGARDING THE
AMENDED MOTION FOR RELEASE OF UNCLAIMED FUNDS

The United States of America ("United States"), by and through its attorneys, hereby files this objection to the Amended Motion for Release of Unclaimed Funds ("Amended Motion") filed by Omega Consulting ("Omega").  The United States incorporates by reference the Objection Of The United States Trustee Regarding The Motion For Release Of Unclaimed Funds filed on November 20, 2007 and the Declaration of Carol K. Muranaka and attachments thereto and also makes the following argument.

The cases relied upon by Omega are distinguishable. For example, Omega relies on Georgian Villa, Inc. v. United States, 55 F.3d 1561 (9th Cir. 1995) and In Re Air Safety International, L.C., 336 B.R. 843 (Bankr. S.D. Fla. 2005) to argue it should be allowed to recover the unclaimed funds in this matter despite the fact that Falcon Capital Corporation only owns 24.57% of the stock of the Hawaii Corporation. See Amended Motion at paragraphs 15, 16, 17 and 19.

These cases are distinguishable because in both Georgian Villa, Inc. and In Re Air Safety International, L.C., there were no issues of any unidentified equity holders who may have been prejudiced by the distribution of the funds sought by the debtor. In Georgian Villa, the debtor itself was seeking surplus funds while shareholders of the debtor in In Re Air Safety International, L.C. entered into a stipulation as to their respective equity interests. Georgian Villa, Inc., 55 F.3d at 1561-1562; In Re Air Safety International, L.C., 336 B.R. at 848.

In this case, parties who hold over 75% of the equity in the Hawaii Corporation remain unidentified. Allowing Omega to recover all or a portion of the subject funds would potentially prejudice unidentified equity holder(s) as they may contest Omega's claimed equity percentage in the Hawaii Corporation or may claim that its class of equity is senior to Omega's equity claims.

Based on the potential prejudice to the above-referenced unidentified equity holders and all other arguments contained in the above-referenced November 20, 2007 pleading, the United States respectfully requests that the Court deny the Amended Motion.

DATED: January 17, 2008, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

            /s/ Edric M. Ching
        By_____
          EDRIC M. CHING
          Assistant U.S. Attorney

        Attorneys for UNITED STATES OF
        AMERICA

<u>In re The Hawaii Corporation, Debtor</u>; Case No. 76-00512
UNITED STATES OF AMERICA'S OBJECTION REGARDING THE
AMENDED MOTION FOR RELEASE OF UNCLAIMED FUNDS

```
                    UNITED STATES BANKRUPTCY COURT

                       FOR THE DISTRICT OF HAWAII

In re                              )    CIVIL NO. 76-00512
                                   )    (Chapter 11)
                                   )
THE HAWAII CORPORATION,            )
                                   )
          Debtor.                  )
                                   )
                                   )
                                   )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First Class Mail:
Eric Dangerfield                January 17, 2008
Omega Consulting
7706 Pinebrook Drive
San Antonio, TX 78230

Served Electronically through CM/ECF:
Carol K. Muranaka                January 17, 2008
Office of the U.S. Trustee
ustpregion15.hi.ecf@usdoj.gov

DATED: January 17, 2008, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii

                          /s/ Edric M. Ching
                  By_____
                    EDRIC M. CHING
                    Assistant U.S. Attorney

                  Attorneys for UNITED STATES OF AMERICA