UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

2008 AUG 19 AM 10: 08

In re:

| | | |
|---|---|---|
| THE HAWAII CORPORATION | § | CHAPTER X |
| THC FINANCIAL CORP | § | CASE NO: 76-00512 |
| DEBTOR | § | CASE NO: 76-00493 |

_____ /

## NOTICE OF WITHDRAWAL OF MOTION

OMEGA CONSULTING, in its capacity as ASSIGNEE of FALCON CAPITAL CORPORATION, respectfully requests this Court to withdraw reference to its amended motion for unclaimed funds, Docket Entry 12, and remove the same from further consideration.

## DECLARATION UNDER 28 U.S.C. § 1746

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

OMEGA CONSULTING, as Assignee of Falcon Capital Corporation, in its capacity as Majority Shareholder, of The Hawaii Corporation, individually and in its capacity as Sole Shareholder of THC Financial Corp.

By: _____
Eric Dangerfield, Owner
7706 Pinebrook Drive
San Antonio, Texas 78230
Tel: (210) 430-0649; Fax: (206) 888-4687

28 U.S.C. § 1746

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)".
(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)".

FOR THE DISTRICT OF HAWAII

In re:

THE HAWAII CORPORATION § CHAPTER X
THC FINANCIAL CORP § CASE NO: 76-00512
DEBTOR § CASE NO: 76-00493
_____/ §

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the law of the United States that on _August 15, 2008_____, 2008, that I mailed a copy of the "Notice Of Withdrawal Of Motion" to the United States Attorney, 300 Ala Moana Blvd., Room 6100, Honolulu, HI 96850 and the United States Trustee, Steven Jay Katzman; 1132 Bishop Street, Ste 602; Honolulu, Hawaii 96813.

_____
Eric Dangerfield, on behalf of Omega Consulting,
in its capacity as stated herein