I.

SCHEDULE OF FUNDS DEPOSITED WITH
THE UNITED STATES DISTRICT COURT

(REPORT ON UNCLAIMED FUNDS)

SCHEDULE OF FUNDS DEPOSITED WITH
THE UNITED STATES DISTRICT COURT
(SUPPLEMENTAL FINAL ACCOUNTING)

Amount Unclaimed By
General Unsecured Creditors
(See Schedule in Section II)

| | | |
|---|---|---|
| Bradford National Clearing | $ 18.55 | |
| General Nation Counsel of HI | 25.00 | |
| Holidair, Ltd. | 360.94 | |
| Troll Enterprises, Inc. | 1,456.00 | |
| | | $ 1,860.49 |

Amount Unclaimed By
APG Subordinated Noteholders
(See Schedule in Section III)

56 Noteholders holding
$80,500 Face Amount
x  1.3777 (Distribution Factor)            110,908.15

Amount Unclaimed By
Preferred Stockholders
(See Schedule in Section IV)

John H. and Marion E. Smoot
40 shares at $30.83            1,233.20

Amount Unclaimed By
Common Stockholders

| | | |
|---|---|---|
| Shares Entitled to Full Distribution | 151,255 x $2.16 = 326,710.08 | |
| Shares Entitled to Partial Distribution (Note 1) | 5,090 x $1.45 =   7,380.50 | |
| | | 334,091.30 |

Amount Unclaimed By
Common Stockholders
Who Have Not Cashed
One or More Distribution
Checks (See Schedule VII)            15,252.77

Surplus Funds
As of June 10, 1988            35,611.13
  (Note 2)

                               SUBTOTAL     498,957.04

Payment to Bank Of Hawaii Pursuant to Court Order     ( 50,000.00)

             TOTAL DEPOSITED WITH COURT     $448,957.04

NOTES TO
SCHEDULE OF FUNDS DEPOSITED WITH
THE UNITED STATES DISTRICT COURT

(SUPPLEMENTAL FINAL ACCOUNTING)

1. The shares entitled to partial distribution are those held by former shareholders of Falcon Capital Corporation (which was merged into The Hawaii Corporation several years prior to THC's bankruptcy. The former FCC shareholders were represented in this case by Rifkind & Sterling. Pursuant to court order, a portion of the distribution to which these shareholders would have been otherwise entitled was paid to Richard Kaplan, Esq., of Hughes Hubbard & Reed, as Trustee in Dissolution of Rifkind & Sterling. The affected shareholders are identified in the schedule which is a part of the Trustee's report to the Court regarding unclaimed funds.

2. "Surplus" Funds consist of certain funds in the Trustee's hands prior to the court-approved payment to the Bank of Hawaii. These funds arose from a residue in the estate's operating contingency fund, the sale of office furniture and supplies following the final distribution to stockholders, and funds which were not economically distributable because of the inability of the computerized distribution system to distribute fractional cents per share. The Trustee has left $1,000.00 on deposit in the estate's last remaining checking account in order that the account will remain open until accrued interest (approximately an additional $1,000.00) shall become payable by the Bank. The Trustee has been advised by the Bank that, if the account is closed before the interest becomes payable, any accrued interest will be forfeited. The Trustee does not necessarily agree with the Bank's position but the matter will become moot in a matter of days. These funds will be turned over to the Clerk of the Court upon receipt.

2DJG0039

II.

SCHEDULE OF CREDITORS WHO HAVE NOT
CLAIMED THEIR DISTRIBUTION

Schedule Of Creditors Who
Have Not Claimed Their Distribution

| Name & Address | Check No. | Amount | Date Issued |
|---|---|---|---|
| Bradford National Clearing<br>2 Broadway<br>8th Floor<br>New York, New York  10004 | 1035 | $   18.55 | 02/09/83 |
| General Nation Council<br>  Of Hawaii<br>P. O. Box 9623<br>Honolulu, Hawaii  96820 | 1055 | 25.00 | 02/09/83 |
| Holidair, Ltd.<br>1505 Commonwealth Avenue<br>Brighton, Massachusetts  02135 | 1067<br>1277 | 239.13<br>121.81 | 02/09/83<br>09/02/83 |
| Troll Enterprises, Inc.<br>d/b/a Kartland Raceway<br>c/o Russell L. Ching, Esq.<br>345 Queen Street #800<br>Honolulu, Hawaii  96813 | 1104<br>1170<br>1303 | 738.05<br>342.01<br>375.94 | 02/09/83<br>05/31/83<br>09/02/83 |
| | TOTAL: | $1,860.49 | |

0707D

III.

SCHEDULE OF APG SUBORDINATED NOTEHOLDERS
WHO HAVE NOT CLAIMED THEIR DISTRIBUTION

Schedule Of APG Subordinated Noteholders Who
Have Not Claimed Their Distribution

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 95312 | Asiel & Co.<br>20 Broad Street<br>New York, New York  10005 | $  100.00 | $     137.77 |
| 12150 | Petronilo V. Barayuga<br>Milagros D. Barayuga<br>250 N. School Street<br>Honolulu, Hawaii  96817 | 100.00 | 137.77 |
| 72894 | Selma S. Beck<br>377 S. Harrision Street<br>E. Orange, New Jersey  07018 | 4,000.00 | 5,510.97 |
| 12533 | Frank P. Bellow<br>Winnifred M. Bello<br>9426 Burnet<br>Sepulveda, California  91343 | 100.00 | 137.77 |
| 12848 | Melvin Berman<br>233 Wilshire Boulevard #370<br>Santa Monica, California  90401 | 100.00 | 137.77 |
| 13499 | Henry D. Booher<br>Hazel J. Booher<br>53 Willotia Drive<br>Suisun, California  94585 | 300.00 | 413.32 |
| 93358 | Clay Miller & Co.<br>c/o Boston Safe Deposit &<br>    Trust Company<br>Trust Department<br>1 Boston Place<br>Boston, Massachussetts  02106 | 100.00 | 137.77 |
| 93729 | Donald R. Dana<br>Mildred Myers Dana<br>5624 Candlelight Lane<br>Dayton, Ohio  45431 | 100.00 | 137.77 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 89278 | Dean Witter & Co. Incorporated<br>5 World Trade Center<br>New York, New York  10048 | 3,000.00 | $  4,133.32 |
| 97696 | Dean Witter Reynolds, Inc.<br>2 Broadway<br>New York, New York  10004 | 100.00 | 137.77 |
| 99198 | Drexel Burnham Lambert Incorporated<br>60 Broad Street<br>New York, New York  10004 | 900.00 | 1,239.97 |
| 19542 | Frank F. Flegal<br>Helen F. Flegal<br>141 W. Lobos Marinos<br>San Clemente, California  92672 | 400.00 | 551.10 |
| 19926 | C. Ivan Flipse<br>Box 772<br>San Luis Obispo, California  93406 | 200.00 | 275.54 |
| 21044 | Lynette Fung<br>Linda Fung<br>789 Vallejo Street<br>San Francisco, California  94111 | 100.00 | 137.77 |
| 22520 | Charles A. Graves<br>1120 Middle Settlements Road<br>Maryville, Tennessee  37801 | 100.00 | 137.77 |
| 62285 | Hal Theron Chang<br>1603 S. Eagle Park Road<br>Hacienda Heights, California 91745 | 1,100.00 | 1,515.52 |
| 24599 | Victor A. Herrman<br>3875 Wilshire Boulevard<br>Los Angeles, California  90005 | 200.00 | 275.54 |
| 26090 | William Carl Hooper<br>Joan E. Hooper<br>701 E. Wilson<br>Orange, California  92667 | 100.00 | 137.77 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 27710 | Anne C. Jenkins<br>522 S. Mildred Street<br>Charlestown, West Virginia 25414 | 3,000.00 | $ 4,133.22 |
| 28054 | Clifton N. Jones<br>Marybelle T. Jones<br>285 Spencer Street<br>Fulsom, California 95630 | 500.00 | 688.87 |
| 30790 | Kam Choy Kwock<br>Ellen Kwock<br>3502 Lara Avenue<br>Los Angeles, California 90039 | 100.00 | 137.77 |
| 28811 | Charles K. Kane<br>P. O. Box 7146<br>Belle View Station<br>Alexandria, Virginia 22307 | 200.00 | 275.54 |
| 31350 | Karl Larson<br>Lorraine Larson<br>c/o Michael P. Oakland<br>Wells Fargo Bank<br>4590 MacArthur Boulevard<br>Newport Beach, California 92660 | 200.00 | 275.54 |
| 31415 | Lillian S. Leeburg<br>Box 67 Route 1<br>Reading, Kansas 66868 | 100.00 | 137.77 |
| 31721 | Emma G. Lines<br>As Custodian For<br>John W. Lines, Jr.<br>Box 30265<br>Honolulu, Hawaii 96820 | 400.00 | 551.10 |
| 31971 | Emma G. Lines<br>As Custodian For<br>Terrie W. Lines<br>Box 30265<br>Honolulu, Hawaii 96820 | 400.00 | 551.10 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 32065 | Marvin Linn<br>Evelyn Linn<br>7321 Lennox Avenue<br>Van Nuys, California 91405 | 100.00 | $ 137.77 |
| 32517 | Walter A. Lodish<br>P. O. Box 57340<br>Webster, Texas 77598 | 100.00 | 137.77 |
| 88628 | Elisabeth Plankinton MacKintosh<br>George Weinstein<br>Trustees FBO<br>Elisabeth Plankinton Mackintosh<br>  & Others<br>c/o Weinstein Associates<br>925 E. Wells Street<br>Milwaukee, Wisconsin 53202 | 5,000.00 | 6,888.71 |
| 87075 | Richard L. Marantz<br>460 Twin Oak Road<br>S. Orange, New Jersey 07079 | 2,500.00 | 3,444.35 |
| 87143 | Steven M. Marantz<br>460 Twin Oak Road<br>S. Orange, New Jersey 07079 | 2,500.00 | 3,444.35 |
| 33618 | Kazuo Masuda<br>As Custodian For<br>Ross M. Masuda<br>94-439 Kamakahi Street<br>Waipahu, Hawaii 96797 | 100.00 | 137.77 |
| 95176 | Elizabeth New Matthews<br>4284 Old Club Road E<br>Macon, Georgia 31204 | 2,000.00 | 2,755.48 |
| 33856 | Alvin J. Medeiros<br>Katherine A. Medeiros<br>98-418 Kaonohi Street<br>Aiea, Hawaii 96701 | 200.00 | 275.54 |
| 34029 | Melchor M. Menia<br>Mary C. Anores<br>49 Uluwehi Street<br>Wahiawa, Hawaii 96786 | 100.00 | 137.77 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 34969 | Eikichi Miyahira<br>1688 A. N. King Street<br>Honolulu, Hawaii 96817 | 100.00 | $ 137.77 |
| 36843 | Hiroshi Nakamoto<br>Mitsuye Nakamoto<br>11242 Crew Street<br>Norwalk, California 90650 | 200.00 | 275.54 |
| 37888 | Henry Nogi<br>Norman Harris<br>422 Spruce<br>Scranton, Pennsylvania 18503 | 600.00 | 826.65 |
| 39764 | Rose Arlene Pierson<br>4705 SE Aldercrest Road<br>Milwaukie, Oregon 97222 | 100.00 | 137.77 |
| 80994 | Reynolds Securities, Inc.<br>120 Broadway<br>New York, New York 10005 | 900.00 | 1,239.97 |
| 40922 | Horace J. Ritchie<br>Arvilla W. Ritchie<br>1265 Glendell Drive<br>San Jose, California 95125 | 300.00 | 413.32 |
| 41028 | Norman J. Roark<br>Ermine Roark<br>1716 Sunny Heights Drive<br>Los Angeles, California 90065 | 100.00 | 137.77 |
| 90674 | Shearson Hayden Stone, Inc.<br>2 Western Union International Plaza<br>New York, New York 10004 | 5,000.00 | 6,888.71 |
| 44956 | Herbert Singer<br>5013 Densmore Avenue<br>Encino, California 91316 | 100.00 | 137.77 |
| 45290 | Gottlieb Smith<br>2915 E. 63rd Street #4<br>Long Beach, California 90810 | 100.00 | 137.77 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 95243 | Spear Leeds & Kellogg<br>111 Broadway<br>New York, New York  10006 | 30,200.00 | $ 41,607.78 |
| 46073 | Lloyd Stennett<br>Nadine Stennett<br>4143 Zephyr Way<br>Sacramento, California  95821 | 200.00 | 275.54 |
| 74304 | Florence I. Stretch<br>800 S. Washington Street #205-B<br>Alexandria, Virginia  22314 | 400.00 | 551.10 |
| 47560 | Junius K. H. Tenn<br>Gertrude Y. Tenn<br>98-823 Leialii Street<br>Aiea, Hawaii  96701 | 100.00 | 137.77 |
| 48594 | Catharine A. Tully<br>701 Tennessee Avenue<br>Alexandria, Virginia  22305q | 1,000.00 | 1,377.74 |
| 48977 | Kenneth D. Urfer<br>Eunice G. Urfer<br>26 Severndale Road<br>Severna Park, Maryland  21146 | 400.00 | 551.10 |
| 50152 | Bob A. Wada<br>Misako Wada<br>620 N. Doheny Drive<br>Los Angeles, California  90069 | 100.00 | 137.77 |
| 61001 | George Weinstein<br>Trustee FBO<br>Mildred O. C. Rainville, et al.<br>   Agreement Dated 05/09/67<br>Box 460<br>1 Lincoln Place<br>New York, New York  10023 | 5,000.00 | 6,888.71 |
| 95550 | Joseph B. Wilson<br>Mary A. Wilson<br>5244 Live Oak View<br>Los Angeles, California  90041 | 600.00 | 826.65 |

| Account No. | Name & Address | Face Amount of Note(s) | Distribution Entitlement As Of 06/10/88 |
|---|---|---|---|
| 68011 | Charles T. Winant<br>31 Reservoir Road<br>Huntington Station, New York 11746 | 5,000.00 | $ 6,888.71 |
| 55036 | Morris Zlotak<br>Lisa Zlotak<br>3115 Thornfield Road<br>Baltimore, Maryland 21207 | . | . |
| | TOTAL: | $80,500.00 | $110,908.15 |

0688D

IV.

SCHEDULE OF PREFERRED STOCKHOLDERS WHO
HAVE NOT CLAIMED THEIR DISTRIBUTION

Schedule Of Preferred Stockholders
Who Have Not Claimed Their Distribution

| Account No. | No. Of Shares | Account Name & Address | Total* |
|---|---|---|---|
| 37760 | 40 | John H. Smoot<br>Marian E. Smoot<br>2693 N. E. 22nd Street<br>Pompano Beach, Florida  33062 | $1,233.20 |

Dividends paid on preferred stock are calculated through February 1, 1988 which was the bar date for filing claims for stock ownership. The par value of preferred stock is $20.00 per share. Accumulated interest is $10.83 per share (40 shares x $30.83 = $1,233.20).

0709D