EXHIBIT A

FORM OF
APPLICATION FOR DISTRIBUTION ON
ACCOUNT OF APG SUBORDINATED NOTES; ORDER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In the Matter of | ) | BK. NO. 76-0512 |
| --- | --- | --- |
| | ) | (Chapter X) |
| THE HAWAII CORPORATION, | ) | |
| | ) | APPLICATION FOR |
| Debtor. | ) | DISTRIBUTION ON ACCOUNT |
| | ) | OF APG SUBORDINATED |
| | ) | NOTES; ORDER |
| _____ | ) | |

Each of the undersigned persons declares under penalty of perjury that:

1. My name, address, and Social Security Number or other Taxpayer Identification Number is:

_____          _____
(Name)                                  (Name)

_____          _____
(Street Address)                        (Street Address)

_____          _____
(City, State, Zip Code)                 (City, State, Zip Code)

_____          _____
(Social Security Number)                (Social Security Number)

(Attach additional sheets if needed.)

2. I am the legal owner of certain "6-1/4 % Collateralized Convertible Subordinated Notes" issued by American Pacific Group, Inc. ("APG"), a corporate predecessor of The Hawaii Corporation ("THC"), and I (and the others joining in this application, if any) have the sole and exclusive right to receive distributions from the THC estate with respect to such Notes. (If the APG Notes

are owned by more than one person, all owners have signed this application.)

3. My APG Notes consists of the following instruments (hereafter called the "Note(s)"):

| Certificate Number | Face Amount |
|---|---|
| _____ | $_____ |
| _____ | _____ |
| _____ | _____ |

4. [Check applicable box]

(__) The Notes, duly endorsed to the Clerk of the Court, are attached hereto.

(__) I have carefully searched my records, but I cannot locate the Note(s), and, to the best of my knowledge, the Note(s) have been lost, stolen, or destroyed. I have not, and no one acting on my behalf has, indorsed, sold, or transferred the Note(s) to anyone in any manner. If I find any such Note(s), I will immediately surrender them to the Clerk of the Court. If anyone else presents some or all of the Note(s) and proves that he or she is entitled to the distributions in respect of those Note(s), I will immediately return to the Clerk of the Court any distributions which I receive in respect of those Note(s).

5. [Check applicable box.]

(__) I am the registered owner of the Notes, and my name appears on the face of the Note(s).

(__) I am not the registered owner of the Notes, but I duly acquired the Notes. Evidence of the manner in which I acquired the Notes is attached.

6. I declare under penalty of perjury that all of the information in this application is true and complete to the best of my knowledge, information, and belief. I will (jointly and severally with each other person, if any, signing this application) indemnify and hold the Clerk of the Court, the Trustee, and the estate of THC harmless from any damages caused by any omission or inaccuracy in the information in this application.

7. I have requested that the Clerk send a copy of this application to the United States Attorney for the District of Hawaii.

8. I request that the Court authorize and direct the Clerk of the Court to make distribution to me (or, if this application is signed by more than one person, to me and the other such persons by joint check). I agree that the Clerk may calculate the distribution in the manner set forth below. I have reviewed the calculations and agree that they are accurate.

DATED: _____.


_____        _____
      (Signature)                  (Signature)

(All owners must sign.  Add separate sheets if necessary.)


## CALCULATION OF DISTRIBUTION
[To Be Completed By Clerk]

1. Face Amount of Notes Claimed          $_____

2. Funds Deposited Per Dollar Of          1.377
   Notes

Amount of Distribution (multiply         $_____
   line 1 and line 2)


## U.S. ATTORNEY'S RESPONSE

The undersigned has received this application and does not oppose the granting of the relief requested.

DATED: _____        _____
                            UNITED STATES ATTORNEY,
                            DISTRICT OF HAWAII


## COURT ORDER

APPLICATION GRANTED AND DISTRIBUTION ORDERED:

DATED: _____        BY ORDER OF THE COURT:


                            _____
                            (__) UNITED STATES DISTRICT
                                 JUDGE

                            (__) CLERK, UNITED STATES
                                 DISTRICT COURT

(THC2-20)
2RJF0207

EXHIBIT B

FORM OF
APPLICATION FOR DISTRIBUTION
ON ACCOUNT OF STOCK INTEREST; ORDER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In the Matter of | ) | BK. NO. 76-0512 |
| --- | --- | --- |
| | ) | (Chapter X) |
| THE HAWAII CORPORATION, | ) | |
| | ) | APPLICATION FOR |
| Debtor. | ) | DISTRIBUTION ON ACCOUNT |
| | ) | OF STOCK INTEREST; ORDER |
| | ) | |

Each of the undersigned persons declares under penalty of perjury that:

1. My name, address, and Social Security Number or other Taxpayer Identification Number is:

_____        _____
(Name)                                 (Name)

_____        _____
(Street Address)                       (Street Address)

_____        _____
(City, State, Zip Code)                (City, State, Zip Code)

_____        _____
(Social Security Number)               (Social Security Number)

(Attach additional sheets if needed.)

2. I am the legal owner of stock of The Hawaii Corporation ("THC") or one of its corporate predecessors in interest (American Pacific Group, Inc. ("APG"), Von Hamm Young Co. ("VHY"), or Protective Security Company ("PSC")) and I (and the others joining in this application, if any) have the sole and exclusive right to receive distributions from the THC estate with respect to such stock. (If the

stock is owned by more than one person, all owners have signed this application.)

3. My stock consists of the following stock certificate(s) (hereafter called the "Certificate(s)"):

| Company (THC, APG, VHY, or PSC) | Certificate Number | Number of Shares |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

4. [Check applicable box]

(__) The Certificates, duly endorsed to the Clerk of the Court, are attached hereto.

(__) I have carefully searched my records, but I cannot locate the Certificate(s), and, to the best of my knowledge, the Certificate(s) have been lost, stolen, or destroyed. I have not, and no one acting on my behalf has, indorsed, sold, or transferred the Certificates to anyone in any manner. If I find any such Certificate(s), I will immediately surrender them to the Clerk of the Court. If anyone else presents some or all of the Certificate(s) and proves that he or she is entitled to the distributions in respect of those Certificates, I will immediately return to the Clerk of the Court any distributions which I receive in respect of those Certificates.

5. [Check applicable box.]

(__) I am the registered owner of the stock, and my name appears on the face of the Certificates.

(__) I am not the registered owner of the stock, but I duly acquired the stock. Evidence of the manner in which I acquired the stock is attached.

6. I declare under penalty of perjury that all of the information in this application is true and complete to the best of my knowledge, information, and belief. I will (jointly and severally with each other person, if any, signing this application) indemnify and hold the Clerk of the Court, the Trustee, and the estate of THC harmless from any damages caused by any omission or inaccuracy in the information in this application.

7. I have requested that the Clerk send a copy of this application to the United States Attorney for the District of Hawaii.

8. I request that the Court authorize and direct the Clerk of the Court to make distribution to me (or, if this application is signed by more than one person, to me and the other such persons by joint check). I agree that the Clerk may calculate the distribution in the manner set forth below. I have reviewed the calculations and agree that they are accurate.

DATED: _____.        _____
                                          (Signature)

                               _____
                                          (Signature)

(All owners must sign.  Add separate sheets if necessary.)


---------------------- CALCULATION OF DISTRIBUTION ----------------------
                       [To Be Completed By Clerk]

1.  Amount Payable Per Share                    $_____
      (See ¶ III.D.8 of
      Report On Unclaimed Funds
      Deposited With Court, filed
      on June 14, 1988)

2.  Number of Shares Claimed                     _____

Amount of Distribution (multiply                $_____
      line 1 and line 2)


---------------------- U.S. ATTORNEY'S RESPONSE ----------------------

The undersigned has received this application and does not
oppose the granting of the relief requested.

DATED: _____         _____
                               UNITED STATES ATTORNEY,
                               DISTRICT OF HAWAII


---------------------------- COURT ORDER ----------------------------

APPLICATION GRANTED AND DISTRIBUTION ORDERED:

DATED: _____         BY ORDER OF THE COURT:


                               _____
                               (__) UNITED STATES DISTRICT
                                    JUDGE

                               (__) CLERK, UNITED STATES
                                    DISTRICT COURT

(THC2-20)
2RJF0204

-4-