VI.

SCHEDULE OF FORMER FALCON CAPITAL CORPORATION
SHAREHOLDERS WHO HAVE NOT CLAIMED
THEIR DISTRIBUTION

Schedule Of Former Falcon Capital Corporation Shareholders
Who Have Not Claimed Their Distribution

| Account No. | Account Name & Address | Distribution Value Per Share | Entitlement |
|---|---|---|---|
| 28800 | James H. Balkman<br>58 Dapplegray Lane<br>Rolling Hills, Ca. 90274 | 84 x $1.37 | $ 115.08 |
| 62150 | Earl T. Brown<br>Marjorie P. Brown<br>1566 Hillside Drive<br>Glendale, California 91208 | 9 x $1.37 | 12.33 |
| 66180 | John C. Burch<br>Box 88<br>Nashville, Tennessee 37202 | 264 x $1.37 | 361.68 |
| 128170 | William P. Coleson<br>11033 Fruitland #6<br>Studio City, Ca. 91604 | 4 x $1.37 | 5.48 |
| 171030 | Richard E. Enroth<br>8292 Darsy Drive<br>Huntington Beach, Ca. 92647 | 3 x $1.37 | 4.11 |
| 249100 | Itsuo Hamada<br>Gail Hamada<br>1124 Kona Street<br>Honolulu, Hawaii 96814 | 4 x $1.37 | 5.48 |
| 346390 | James Spencer Jenkins<br>LaVonne H. Jenkins<br>c/o Hawaiian Trust Co., Ltd.<br>P. O. Box 3170<br>Honolulu, Hawaii 96802 | 95 x $1.37<br>21 x $2.08 | 130.15<br>43.68 |
| 346430 | James Spencer Jenkins<br>As Custodian For<br>Marion Jenkins<br>605 Linden<br>Boise, Idaho 83706 | 3 x $1.37 | 4.11 |
| 346480 | Seth L. Jenkins<br>921 Safstrom Drive<br>Idaho Falls, Idaho 83401 | 264 x $1.37<br>612 x $2.08 | 361.68<br>1,272.96 |

| Account No. | Account Name & Address | Distribution Value Per Share | Entitlement |
|---|---|---|---|
| 390170 | Marjorie M. Kawada<br>2312 Hoohai Street<br>Pearl City, Hawaii 96782 | 4 x $1.37 | $ 5.48 |
| 390210 | Robert M. Kawada<br>2312 Hoohai Street<br>Pearl City, Hawaii 96782 | 9 x $1.37 | 12.33 |
| 546540 | Gordon C. McCormick<br>9908 64th Drive, N.E.<br>Marysville, Washington 98720 | 1,751 x $1.37 | 2,398.87 |
| 555000 | Mercury Partners<br>P. O. Box 5167<br>New York, New York 10150 | 2,218 x $1.37 | 3,038.66 |
| 772690 | Douglas C. Sheperd<br>23111 Cumorah Crest Drive<br>Woodland Hills, Ca. 91364 | 96 x $1.37 | 131.52 |
| 802270 | State & Co.<br>State Street Trust Company<br>225 Franklin Street<br>Boston, Massachusetts 02101 | 264 x $1.37<br>186 x $2.08 | 361.68<br>386.88 |
| 925730 | Craig Wickens<br>16230 Vintage Street<br>Sepulveda, California 91343 | 18 x $1.37 | 24.66 |
| | | 5,090 x $1.33<br>819 x $2.08 | $6,973.30<br>1,703.52 |
| | TOTAL: | 5,909 shares | $8,676.82 |

0698D