UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In re | Case No.: 76-00512 |
|---|---|
| The Hawaii Corporation, | Chapter X Corporate Reorganization Under the Bankruptcy Act of 1898 |
| Debtor. | |

## ORDER DENYING RECEIVER'S MOTION FOR TURNOVER

Pursuant to the Memorandum filed this date,

IT IS HEREBY ORDERED THAT the Receiver's Motion for Turnover is DENIED.

Dated: Honolulu, Hawaii, _____ JUN 2 5 2010 _____.

_____
Lloyd King
United States Bankruptcy Court